IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:03-CV-00469-BR-(3)



Jessica R. Wilson, a Minor, by and )
through her parent and next friend, )
Douglas McPhail )
)
Plaintiff, )
)
v. )
)
Dr. Terry M. Brown, et al. )
)
Defendants. )

## SUPPLEMENTAL MOTION FOR ATTORNEY DISQUALIFICATION FOR CONFLICT OF INTERESTS

COMES NOW, Plaintiff Douglas McPhail, pro se, to ask the court through this supplemental motion on the issue of a conflict of interest and improper representation of Defendants' Terry Brown, John Dascal and the Cumberland County Board of Education, to disqualify the simultaneous representation of present counsel for all of the Defendants. Support of this motion is found in Plaintiff's attached Declaration in Support for Disqualification and the Brief in Support for Disqualification of Attorney.

FILED
4-12-04
, CLERK
US DISTRICT COURT, EDNC

Respectfully submitted, this the 30 day of March, 2004.

Douglas McPhail
Pro se
615 Kellam Circle
Fayetteville, NC 28311
(910) 822-1712